# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1502
Lower Tribunal Nos. 2017-CF-013169-A, 2017 -CF-013162-A,
2017-CF-013165-A, 2017-CF-013167-A, and 2017-CF-012565-A

_____

DUANE DARRELL JORDAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and GANNAM, JJ., and LAMBERT, B.D., Associate Judge, concur.


Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED